**Motions Disposed; Appeal Dismissed and Memorandum Opinion filed February 6, 2020**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00938-CV

## THE STATE OF TEXAS, Appellant

## V.

## MILLER MACHINE & WELDING INC., Appellee

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2018-23407**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 23, 2019. On January 23, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

Appellant's motion to abate the appeal is denied as moot.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.